AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of Pennsylvania

| | | |
|---|---|---|
| CAROL EVANS | ) | |
| *Plaintiff* | ) ) ) | |
| v. | ) | Civil Action No. |
| GLOBAL CREDIT & COLLECTION CORPORATION | ) ) ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Global Credit and Collection Corp
2316 Deleware Avenue
# 158
Buffalo NY 14216

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Adam Hill
KROHN & MOSS, LTD.
10 N. Dearborn St., 3rd Fl.
Chicago, Illinois 60602

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

01/29/2013
Date

*Patricia Price*
Signature of Clerk or Deputy Clerk



# RETURN OF SERVICE

| | | |
|---|---|---|
| US District Court Western Dist Pennsylvania | County of | State of Pennsylvania |

**Carol Evans**

    Plaintiff

vs.

**Global Credit & Collection Corporation**

    Defendant

Attorney:

Adam Hill
Krohn & Moss LTD
10 N Dearborn St, 3rd Floor
Chicago, IL. 60602

**Case Number:** 3:13-CV-00022-KRG

Legal documents received by ALL BROWARD PROCESS CORP DBA ALL DADE PROCESS on March 27th, 2013 at 5:00 PM to be served upon **Global Credit and Collection Corp c/o CT Corporation System at 1200 S Pine Island Rd, Plantation, FL. 33324**

I, Francisco X. Carreras, swear and affirm that on **March 28th, 2013 at 3:00 PM**, I did the following:

Served the **corporation** listed as the intended recipient of the legal documents by delivering a conformed copy of the **Summons, Plaintiff's Complaint, Exhibits A** to **Donna Moch** as **Supervisor CT Corp** of the within named corporation. The service date, time, my initials and/or name, and identification number, if required by state statute, were listed on the document served.

**Supplemental Data Appropriate to this Service:**

I am appointed in good standing in the Judicial Circuit wherein this process was served and have no interest in the above action. Under penalty of perjury I declare that I have read the foregoing Verified Return of Service and that the facts stated in it are true. Notary not required pursuant to F.S. 92.525(2).

_____
Francisco X. Carreras
Process Server, # Brd: 582, PB: 1305, Dade: 2254

**ALL BROWARD PROCESS CORP DBA ALL
DADE PROCESS**
701 N Fig Tree Lane
Plantation, FL 33317

(954) 214-5194

Internal Job ID: 2013000731

Copyright © 2005-2007 Process Server Central, LLC. All rights reserved.